THE PEOPLE OF THE STATE OF NEW YORK ex rel. JARED KNEITEL, on Behalf of ISRAEL ROBINSON, Petitioner, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [991 NYS2d 774]—

Writ of habeas corpus in the nature of an application pursuant to CPL 170.70 to release the defendant in a criminal action entitled *People v Robinson*, commenced in the Criminal Court of the City of New York, Kings County, under Docket No. 2014KN060754. Application by the Legal Aid Bureau of Buffalo, Inc., for leave to serve and file an amicus curiae brief.

Upon the papers filed in support of the application for leave to serve and file an amicus curiae brief, and no papers having been filed in opposition or in relation thereto, it is

Ordered that the application for leave to serve and file an amicus curiae brief is denied; and it is further,

Adjudged that the writ is dismissed as academic, without costs or disbursements.

The arguments raised in connection with this writ of habeas corpus have been rendered academic, as the detainee on whose behalf the writ is sought has been released from custody (see *People ex rel. Kneitel v Warden, Rikers Is. Corr. Facility*, 104 AD3d 795, 796 [2013]). Furthermore, under the circumstances of this case, review of the issues raised by the petitioner is not warranted under the exception to the mootness doctrine (see *Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]; *People ex rel. Kneitel v Warden, Rikers Is. Corr. Facility*, 104 AD3d at 796; *People ex rel. Crow v Warden, Anna M. Kross Detention Ctr.*, 76 AD3d 646 [2010]). Accordingly, the writ is dismissed as academic. Balkin, J.P., Leventhal, Maltese and Barros, JJ., concur.